**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-cr-119-SCM

**ANGELA GREEN**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about March 9, 2026, in Laurel County, in the Eastern District of Kentucky,

**ANGELA GREEN**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 924(c)(1)(A)**

On or about March 9, 2026, in Laurel County, in the Eastern District of Kentucky,

**ANGELA GREEN**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which she may be prosecuted in a Court of the United States, as set forth in Count 1, that is, distribution of a mixture or substance containing a detectable amount of methamphetamine, in violation

of 18 U.S.C. § 924(c)(1)(A).

**COUNT 3**
**18 U.S.C. § 922(g)(1)**

On or about March 16, 2026, in Laurel County, in the Eastern District of Kentucky,

**ANGELA GREEN,**

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely: a SCCY, Model CPX-2, 9mm caliber pistol with serial number C00358, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **ANGELA GREEN** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **ANGELA GREEN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Count 2 and Count 3 of the Indictment, **ANGELA GREEN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 924 and 18 U.S.C. § 922. Any and all interest that **ANGELA GREEN** has in this property is

vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following which was seized from **ANGELA GREEN** on or about March 16, 2026:

**FIREARMS:**

a. SCCY, Model CPX-2, 9mm caliber pistol with serial number C00358; and

b. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A [redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**COUNT 2:**

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**COUNT 3:**

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.